UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK J. KWOKA and ESME PRIVATE LABEL LLC,<br><br>                Plaintiffs,<br><br>     -against-<br><br>DIANE D'ANGELO,<br><br>                Defendant. | 24-cv-2246 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The parties appeared before the Court on September 10, 2024, for a hearing on D'Angelo's motion for a temporary restraining order and preliminary injunction. As discussed at the hearing, Kwoka is hereby ORDERED to give D'Angelo access to Esme Designs LLC's books of account on or before September 11, 2024 at 12 pm ET so that D'Angelo can prepare accurate tax returns for 2023. The parties agree that Esme's tax returns will be filed in the same form as last year.

      D'Angelo should confer with her accountant to determine what information she needs to file such returns, including true and accurate explanations for all expenses incurred by Kwoka, and send that list to Kwoka as soon as possible. Kwoka should respond to D'Angelo's inquiries by Thursday, September 12, 2024, before 3:00 PM.

      The Clerk of Court is directed to terminate the motion at ECF No. 42.


      SO ORDERED.

Dated: September 11, 2024
      New York, New York

                              _____
                                ARUN SUBRAMANIAN
                               United States District Judge