UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK J. KWOKA, and ESME PRIVATE LABEL, LLC,<br><br>          *Plaintiffs,*<br>--against—<br><br>DIANE D'ANGELO d/b/a LASTING MEMORIES,<br><br>          *Defendant.* | 1:24-CV-02246 (AS)<br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

  I, DANIEL ORTIZ, Acting Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 26, 2024 with the filing of a summons and complaint; a copy of the summons and complaint was served on the Defendant Diane D'Angelo d/b/a Lasting Memories on May 18, 2024. Proof of service was therefore filed on July 16, 2024 (Dkt. 17). Defendant Diane D'Angelo d/b/a Lasting Memories then filed an Answer with Counterclaims on August 29, 2024 (Dkt. 40). To date, the Plaintiffs Mark J. Kwoka and Esme Private Label, LLC, have not filed an Answer or otherwise moved with respect to the Counterclaims herein.

  I further certify that the docket entries indicates that the Plaintiffs have not filed an Answer or otherwise moved with respect to the Counterclaims herein. The default of the Plaintiffs is hereby noted.

Dated: New York, New York
   September <u>23</u>, 2024

                    DANIEL ORTIZ
                    Acting Clerk of the Court

                 By: _____
                     Deputy Clerk