UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK J. KWOKA and ESME PRIVATE LABEL LLC,<br><br>                      Plaintiffs,<br><br>      -against-<br><br>DIANE D'ANGELO,<br><br>                      Defendant. | 24-cv-2246 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On August 29, 2024, defendant Diane D'Angelo counterclaimed against plaintiffs Mark J. Kwoka and Esme Private Label LLC. Dkt 40. Counter defendants should file an answer or otherwise move with respect to D'Angelo's counterclaims by October 1, 2024. If no answer or motion is filed by that date, D'Angelo may move for default judgment on her claims. Counter plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-arun-subramanian), by October 14, 2024.

      SO ORDERED.

Dated: September 24, 2024
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                      United States District Judge