UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK J. KWOKA and ESME PRIVATE LABEL LLC,<br><br>                              Plaintiffs,<br><br>                    -against-<br><br>DIANE D'ANGELO,<br><br>                              Defendant. | 24-cv-2246 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As discussed at today's hearing:

- By Monday, December 23, 2024, plaintiff's counsel must email to the chambers inbox, copying defendant's counsel, the name and contact information of the person with whom he is working at e-discovery vendor Everlaw.

- Plaintiff must produce documents responsive to defendant's discovery demands in PDF format and complete that discovery by February 10, 2025.

- By Friday, December 27, 2024, plaintiff's counsel must email to defendant's counsel, copying the chambers inbox, vendors' names and contact information (phone numbers, email addresses, and physical addresses) for invoiced expenses.

- The discovery period in this case is hereby extended to March 10, 2025.

- On February 13, 2025, at 3:30 PM, Mark Kwoka, Diane D'Angelo, Marius Segal-Gebski, and Elaine Platt must appear for an evidentiary hearing before the Court, in Courtroom 15A, 500 Pearl Street, New York, NY 10007, at which all persons should be prepared to be put under oath for testimony subject to penalties of perjury.

- The Court reserves judgment on defendant's motion for contempt and attorneys' fees.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 75.

SO ORDERED.

Dated: December 20, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge