UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK J. KWOKA and ESME PRIVATE
LABEL, LLC,

                        Plaintiff,

            -against-

DIANE D'ANGELO,

                        Defendant(s).

---

24-cv-2246 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff Mark Kwoka has moved to quash third-party subpoenas issued by defendant Diane D'Angelo to six bridal companies (Revelry, House of Wu, Vera Wang, JLM Couture, Jenny Yoo, and Moonlight Bridal Services), one individual (Nik Patel), and other companies identified for the first time in Kwoka's reply brief. *See* Dkt. 89; Dkt. 93-1 at 2; Dkt. 94.

1. The motion to quash is GRANTED based on D'Angelo's violation of Rule 45's notice requirements. The request for fees or other sanctions is denied.

2. D'Angelo has also failed to make a showing of relevance and need as to the subpoenas to third parties other than to Nik Patel and to vendors to confirm invoiced expenses.

3. If D'Angelo has a particular need for information from Nik Patel and from vendors relating to expenses, then she should serve new subpoenas, following Rule 45's requirements.

4. Counsel for both parties are ordered to work together to complete discovery in an efficient manner to avoid unnecessary cost and expense. That means agreeing to reasonable discovery rather than fighting, and foregoing unnecessary discovery that is just being used as a pressure tactic.

The Court will resolve any remaining disputes at the March 6, 2025 hearing. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 89.

            SO ORDERED.

Dated: March 3, 2025
            New York, New York

            _____
            ARUN SUBRAMANIAN
            United States District Judge