UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK J. KWOKA and ESME PRIVATE LABEL LLC,

                Plaintiffs,

-against-

DIANE D'ANGELO,

                Defendant.

24-CV-2246 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    The hearing currently scheduled for March 6, 2025, at 4:00 PM will be adjourned to a future date, given that the parties appear to still be working out some issues in discovery. The Court urges the parties to work together to complete discovery in a timely fashion. The parties are reminded that the close of discovery is on March 10, 2025, and that summary judgment motions are due on April 3, 2025. After the motions are fully briefed, the Court will determine whether a hearing is necessary.

    SO ORDERED.

Dated: March 5, 2025
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge