UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK J. KWOKA and ESME PRIVATE LABEL LLC,<br><br>        Plaintiffs,<br><br>  -against-<br><br>DIANE D'ANGELO,<br><br>        Defendant. | 24-CV-2246 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Clerk of Court is respectfully directed to terminate the motion at Dkt. 99, which is denied as moot in light of the Court's order at Dkt. 102.

  SO ORDERED.

Dated: March 7, 2025
    New York, New York

                         _____
                           ARUN SUBRAMANIAN
                          United States District Judge