UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK J. KWOKA and ESME PRIVATE LABEL LLC,<br><br>        Plaintiffs,<br><br>  -against-<br><br>DIANE D'ANGELO,<br><br>        Defendant. | 24-cv-2246 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  As discussed at today's hearing, the deadline for the parties to submit summary judgment briefs is hereby extended to April 14, 2025. Answering papers are due May 1, 2025, and reply papers by May 15, 2025.

  SO ORDERED.

Dated: March 28, 2025
   New York, New York

                     _____
                     ARUN SUBRAMANIAN
                     United States District Judge