UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mark J. Kwoka et al., | |
| Plaintiffs–Counter Defendants, | 24-CV-2246 (AS) |
| -against- | ORDER |
| Diane D'Angelo, | |
| Defendant–Counter Plaintiff. | |

ARUN SUBRAMANIAN, United States District Judge:

In the Court's Opinion and Order granting partial summary judgment for defendant, the Court gave notice under Federal Rule of Civil Procedure 56(f) that it believed that there was no genuine dispute of material fact over D'Angelo's counterclaim for a declaratory judgment over ownership. Dkt. 155 at 7. The Court gave the parties 14 days to lodge any objections. As the parties have not raised any objections, the Court hereby finds that there is no genuine dispute of material fact that D'Angelo owns Esme Designs LLC. Fed. R. Civ. P. 56(f)(3).

Within 14 days of this order, the parties are directed to submit a joint letter proposing several weeks in the fall of 2026 where both parties are available for a trial on the remaining counterclaims. Should the parties fail to submit a joint letter or request an extension before the deadline, the case may be dismissed for failure to prosecute without further notice.

SO ORDERED.

Dated: April 13, 2026
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge