**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 MARK J. KWOKA ET AL.,

                     Plaintiffs-Counter Defendants,

          -against-                              24 **CIVIL** 2246 (AS)

                                             **JUDGMENT**

DIANE D'ANGELO,

                     Defendant-Counter Plaintiff,
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 17, 2026 and Memo Endorsement dated April 16, 2026, D'Angelo's motion for summary judgment is GRANTED. Her motion for sanctions is DENIED. Plaintiffs' motion for summary judgment is DENIED.  Defendant's remaining counterclaims are OREDERED DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(a)(2). Accordingly, judgment is entered (1) in favor of defendant on all of plaintiffs' claims; (2) in favor of defendant on defendant's declaratory judgment counterclaim; (3) dismissing defendant's remaining counterclaims without prejudice; and  (4) the case is closed.

**Dated:** New York, New York

      April 17, 2026

                                     **TAMMI M. HELLWIG**

                                      _____
                                        **Clerk of Court**

                  **BY:**    _____
                                      **Deputy Clerk**