**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
 MARK J. KWOKA ET AL.,

               Plaintiffs,

      -against-                                   24 **CIVIL** 2246 (AS)

                                           **<u>AMENDED JUDGMENT</u>**

DIANE D'ANGELO,

               Defendant,
---------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 20, 2026, motion for summary judgment is GRANTED

 to defendant Diane D'Angelo on all of plaintiffs' claims and all of D'Angelo's counterclaims

are dismissed without prejudice.

**Dated:** New York, New York

       April 21, 2026

                                  **TAMMI M. HELLWIG**

                                        **Clerk of Court**

            **BY:**                             

                                  **Deputy Clerk**